**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-7364

LEON AARON MORRIS,

                    Plaintiff - Appellant,

            v.

CHARLES E. SAMUELS, JR., Director of the Bureau of Prisons;
C. EICHENLAUB, Regional Director for the Mid-Atlantic
Regional Office; R. A. PURDUE, Warden of F.C.I. Gilmer;
JEREMIAH JOHNSTON, F.C.I. Gilmer Facility Manager; WALLY
CUTRIGHT, F.C.I Gilmer Plumbing II Supervisor for
"Facilities"; RODGER GREENE, F.C.I. Gilmer Plumbing I
Supervisor for "Facilities"; BRUCE MCCLUNG, Tool Room
Officer of Facilities,

                    Defendants - Appellees.

Appeal from the United States District Court for the Northern
District of West Virginia, at Elkins.   John Preston Bailey,
District Judge. (2:14-cv-00018-JPB-RWT)

Submitted: January 14, 2016        Decided: January 20, 2016

Before AGEE, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Leon Aaron Morris, Appellant Pro Se.   Helen Campbell Altmeyer,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Leon Aaron Morris appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* Morris v. Samuels, No. 2:14-cv-00018-JPB-RWT (N.D.W. Va. Aug. 17, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* We deny Morris' motion to seal his entire case (ECF No. 4), and his motions to appoint counsel on appeal. (ECF No. 17, 20).